IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL K. LILLY,<br><br>    Petitioner,<br><br>vs.<br><br>JAMES D. HARTLEY,<br><br>    Respondent. | 1:08-CV-0006-OWW WMW HC<br><br>ORDER GRANTING MOTION TO AMEND PETITION<br><br>[Doc. 5] |

      Petitioner is a state prisoner proceeding pro se on a petition for writ of habeas corpus pursuant to 28 U.S.C. Section 2254.  This court may entertain a petition for writ of habeas corpus "in behalf of a person in custody pursuant to the judgment of a State court only on the ground that he is in custody in violation of the Constitution or laws or treaties of the United States." 28 U.S.C. § 2254(a). A habeas corpus petition is the correct method for a prisoner to challenge "the very fact or duration of his confinement," and where "the relief he seeks is a determination that he is entitled to immediate release or a speedier release from that

imprisonment." Preiser v. Rodriguez, 411 U.S. 475, 489 (1973).

Petitioner filed his original petition in this court on January 2, 2008. On January 28, 2008, Petitioner filed a document which he identified as an amended petition. On March 3, 2008, Petitioner filed a motion to file an amended petition, lodging a proposed amended petition with the court. Neither the amended petition filed January 28, 2008, nor the proposed amended petition lodged March 3, 2008, are complete petitions, providing all of the required information. The court will therefore disregard these two documents. The court will grant Petitioner a final opportunity to file an amended petition, but Petitioner is expressly cautioned that the amended petition must comply with the following: 1) it must be filed on the approved form Petitioner used in filing his original petition; 2) the form must be completely filed out; 3) the petition must contain <u>all</u> of Petitioner's claims; 4) the petition must be self-contained and completely explain all of Petitioner's claims; 5) the petition shall be labeled "First Amended Petition.".

Based on the above, IT IS HEREBY ORDERED as follows:

1) Petitioner's motion to file an amended petition is GRANTED;

2) Petitioner shall file his first amended petition within thirty (30) days of the date of service of this order. Failure to file a first amended petition in compliance with this order will result in the court proceeding on the original petition.

IT IS SO ORDERED.

**Dated:   March 6, 2008**              /s/  **William M. Wunderlich**
                                      UNITED STATES MAGISTRATE JUDGE